

# PAVAN PARIKH
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

```
ELECTRONICALLY FILED
April 26, 2022 01:38 PM
      PAVAN PARIKH
      Clerk of Courts
    Hamilton County, Ohio
   CONFIRMATION 1182889
```

**CG MEDICAL ASSOCIATES INC DBA CAREFIRST URGENT CAR**

vs.

**RETS TECH CENTER INC DBA FORTIS COLLEGE**

**A 2201478**

**FILING TYPE: INITIAL FILING (IN COUNTY) WITH NO JURY DEMAND**

**PAGES FILED: 5**

EFR200

## COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

| | |
|---|---|
| **CG MEDICAL ASSOCIATES, INC. d/b/a CAREFIRST URGENT CARE**<br>7300 Beechmont Avenue<br>Cincinnati, OH 45230<br><br>     Plaintiff,<br>vs.<br><br>**RETS TECH CENTER, INC. d/b/a FORTIS COLLEGE**<br>5026-D Campbell Boulevard<br>Baltimore, Maryland 21236<br><br>**Please Also Serve This Defendant's Registered Agent At:**<br><br>Statutory Agent Corporation Service Company<br>50 West Broad Street, Suite 1330<br>Columbus, OH 43215<br><br>AND<br><br>**EFC TRADE, INC., d/b/a FORTIS COLLEGE**<br>5026-D Campbell Boulevard<br>Baltimore, Maryland 21236<br><br>**Please Also Serve This Defendant's Registered Agent At:**<br><br>Statutory Agent Corporation Service Company<br>50 West Broad Street, Suite 1330<br>Columbus, OH 43215<br><br>AND<br><br>**EDUCATION AFFILIATES, INC., d/b/a FORTIS COLLEGE**<br>5026-D Campbell Boulevard<br>Baltimore, Maryland 21236 | Case No. _____<br><br>(Judge _____)<br><br>**COMPLAINT** |

**Please Also Serve This Defendant's** :
**Registered Agent At:** :
  :
Corporation Service Company :
251 Little Falls Drive :
Wilmington, DE 19808 :
  :
      Defendants. :

Now come the Plaintiff, CG Medical Associates, Inc. d/b/a CareFirst Urgent Care, by and through counsel, and for its Complaint against the Defendants, states as follows:

**The Parties, Venue, and Jurisdiction**

1. The Plaintiff, CG Medical Associates, Inc. d/b/a CareFirst Urgent Care ("CareFirst"), is an Ohio corporation with its principal place of business in Hamilton County, Ohio. CareFirst provides patient-centered care for all non-life threatening injuries and illnesses.

2. Upon information and belief, the Defendant, Rets Tech Center, Inc. d/b/a Fortis College ("Rets Tech"), is an Ohio corporation with its principal place of business located in Maryland.

3. Upon information and belief, the Defendant, EFC Trade, Inc., d/b/a Fortis College ("EFC Trade"), is a Delaware corporation with its principal place of business located in Maryland.

4. Upon information and belief, the Defendant, Education Affiliates, Inc., d/b/a Fortis College ("Education Affiliates"), is a Delaware corporation with its principal place of business located in Maryland.

5. Venue is proper in this Court pursuant to Civ. R. 3(A). Among other things, Hamilton County is the county is which the Defendants conducted activity that gave rise to the claims for relief; is the county in which all or part of the claims for relief arose; is the

2

county where, among other things, the money at issue in this action is owed; and is the county where CareFirst resides.

6. This Court has jurisdiction over the subject matter of this dispute and the persons of these Defendants who either are located in Ohio, conduct their business in Ohio, have transacted business in Ohio, and/or are intentionally causing tortious injury in Ohio.

## Facts Common to All Counts

7. The preceding paragraphs of this Complaint are incorporated herein by reference as if fully rewritten.

8. Upon information and belief, Rets Tech, EFC Trade, and/or Education Affiliates own and operate a college with campuses in Cincinnati, Ohio, Centerville, Ohio, and Columbus, Ohio under the name, "Fortis College" ("Fortis").

9. In 2019, CareFirst and Defendants entered into an implied and/or express agreement wherein CareFirst agreed to provide medical services to Fortis' students at CareFirst clinics located throughout Southern Ohio.

10. Pursuant to this implied and/or express agreement, CareFirst was to treat Fortis students without requiring payment at the time of visit and then bill Defendants directly for services after the fact.

11. At the end of 2019, CareFirst began accepting Fortis students as patients. Since that time, CareFirst has treated nearly a thousand Fortis students.

12. In return for the medical services provided to Fortis students, Defendants are indebted to CareFirst in the approximate principal amount of $114,044.00.

3

13. Despite multiple demands for payment, Defendants have refused to pay the amount owed.

## First Cause of Action
## (Breach of Contract)

14. The preceding paragraphs of this Complaint are incorporated herein by reference as if fully rewritten.

15. Defendants have breached its express and/or implied contractual obligations by, among other things, failing to pay CareFirst as aforesaid.

16. CareFirst has substantially performed with respect to the agreement and has demanded payment of the amounts due – which demands Defendants have ignored.

17. As a direct and proximate result of Defendants' breach, Defendants are indebted to CareFirst in the approximate amount of $114,044.00.

## Second Cause of Action
## (Unjust Enrichment)

18. The preceding paragraphs of this Complaint are incorporated herein by reference as if fully rewritten.

19. Defendants are indebted to CareFirst *in quantum meruit* to avoid the unjust enrichment of each.

20. The amount owed by Defendants to CareFirst is as previously stated herein.

**WHEREFORE,** having set forth its claims against the Defendants, the Plaintiff, CG Medical Associates, Inc. d/b/a CareFirst Urgent Care, prays for the following relief against the Defendants, jointly and severally:

(A) Monetary damages in the amount of $114,044.00 in connection with the Defendants' breach of contract;

4

(B) All amounts due to the Plaintiff CG Medical Associates, Inc. d/b/a CareFirst Urgent Care in connection with the services provided to Defendants as set forth herein; and

(C) All further legal and equitable relief to which the Plaintiff is entitled.

Respectfully submitted,

/s/ Christopher H. Hurlburt
Christopher H. Hurlburt (#0072599)
Elizabeth M. Johnson (#0097894)
LINDHORST & DREIDAME
312 Walnut Street, Suite 3100
Cincinnati, OH 45202
Telephone: (513) 421-6630
Facsimile: (513) 421-0212
Email: churlburt@lindhorstlaw.com
ejohnson@lindhorstlaw.com
**Attorneys for Plaintiff**

**TO THE CLERK:** Please serve Defendants via certified mail service, return receipt requested.